IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANN SEBASTIANI, | ) |
| Plaintiff, | ) Civil Action No. 21-1114 |
| | ) Magistrate Judge Maureen P. Kelly |
| v. | ) |
| WESTMORELAND COUNTY, et al., | ) |
| Defendants. | ) |

**HEARING MEMO**

HEARING HELD: Telephone Status Conference
DATE HEARING HELD: December 4, 2023
BEFORE: Magistrate Judge Maureen P. Kelly

Appearing for Plaintiff:                Appearing for Defendant:
Max B. Roesch, Esq.                     Teresa O. Sirianni, Esq.

Hearing began at 8:30 a.m.              Hearing concluded at 8:40 a.m.

Stenographer: None

OUTCOME:

1. Counsel met and conferred. It does not appear that a return to mediation would be helpful at this time. Will revisit after motion for summary judgment is ruled on.

2. Summary judgment scheduling order will be issued with dates discussed at 11/6/23 conference.

3. Court asked parties to review all claims to consider streamlining of claims.