IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANN SEBASTIANI, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 21-1114 |
| ) | Magistrate Judge Maureen P. Kelly |
| v. ) | |
| ) | |
| WESTMORELAND COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

## SUMMARY JUDGMENT SCHEDULING ORDER

AND NOW, this 4th day of December, 2023, IT IS HEREBY ORDERED that:

1) Joint Statement of Undisputed Facts must be filed by ___1/24/24___.

2) Any Motions for Summary Judgment and Briefs in Support are due ___2/7/24___.

3) Any Response in Opposition to a Motion for Summary Judgment and accompanying Brief in Support must be filed by ___3/7/24___.

4) Any Replies to Responses are due by ___3/18/24___ and shall not exceed five (5) pages. Any Sur-replies are only permitted by leave of Court.

5) Any Motion for Summary Judgment or Brief in Support of or in Opposition to a Motion for Summary Judgment **must include ECF citations** to the Joint Statement of Undisputed Facts.

6) All Motions for Summary Judgment and Responses thereto must comply with Local Civil Rule 56. In addition, all references to evidence made in the parties' respective briefs shall be supported by citations directly to the record evidence included in the Appendix.

7) If a Brief or Materials submitted in Support of or in Opposition to a Motion for Summary Judgment are in excess of twenty (20) pages, the filing party is directed to provide the Court with a courtesy hard-copy of the filed copy, which includes the ECF notation at the top of each page.

BY THE COURT:

/s/ Maureen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE